PROB 12C
(7/93)
Case 2:08-cr-06018-WFN   Document 12   Filed 04/22/08

Report Date: April 18, 2008

# United States District Court

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 22 2008

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Name of Offender: James Hambleton             Case Number: 2:08CR06018-001

Address of Offender: ▮▮▮▮▮▮▮▮ Pasco, WA 99301

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 2/28/2006

Original Offense: Conspiracy to Commit Identity Theft, 18 U.S.C. § 1028(a)(1)(3)(4)(7), (b)(1)(D)(3), and (f)

Original Sentence: Prison - 24 Months; TSR - 36 Months            Type of Supervision: Supervised Release

Asst. U.S. Attorney: James A. McDevitt            Date Supervision Commenced: 9/21/2007

Defense Attorney: Roger Peven                     Date Supervision Expires: 9/20/2010

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: James Bruce Hambleton is considered in violation of his period of supervised release in the Eastern District of Washington by committing the offense of return fraud on or prior to January 25, 2008.

On January 25, 2008, the defendant entered the Sportsman's Warehouse in Kennewick, Washington, and began looking at the sunglass display. Loss prevention officers observed the defendant pull a receipt from his pocket, bite off a price tag from a pair of glasses, and then approach the customer service counter. The defendant produced a receipt and the pair of sunglasses and asked to return the sunglasses for cash. Loss prevention allowed the transaction to occur and then contacted the defendant when he attempted to leave the store. The defendant was escorted to an office and questioned. The defendant admitted to using an old receipt and biting off the price tag from a new pair of sunglasses. The total amount taken was $18.40.

The defendant was trespassed from Sportsman's Warehouse for a period of 5 years. The defendant signed a trespass warning in which he admitted to committing the crime of "return fraud" under case number 08-12743. The incident was forwarded to the Kennewick Police Department for review.

2  **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: James Bruce Hambleton is considered in violation of his period of supervised release in the Eastern District of Washington by committing the offense of forgery on or prior to April 17, 2008.

On April 17, 2008, a detective with the Kennewick Police Department contacted the undersigned officer and stated the defendant had been arrested for forgery. It is alleged the defendant had used another individual's name in producing checks and cashing them. Additional information is pending.

3  **Special Condition # 18**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

**Supporting Evidence**: James Bruce Hambleton is considered in violation of his period of supervised release in the Eastern District of Washington by being removed from intensive outpatient treatment on or prior to February 12, 2008.

On February 12, 2008, the defendant was removed from intensive outpatient treatment after he continued to sleep through treatment. After being asked to leave the class the defendant became verbally assaultive towards another member. The defendant was asked a second time to leave the facility, which he did. The defendant was removed from treatment the same day.

4  **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: James Bruce Hambleton is considered in violation of his period of supervised release in the Eastern District of Washington by using a controlled substance, methamphetamine, on or prior to November 13 and 29, 2007; March 28, 2008; and failing to report for urinalysis testing on January 12 and April 14, 2008.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: *April 18, 2008*

*David L. McCary*
David L. McCary
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Signature*
Signature of Judicial Officer

*April 22, 2008*
Date