PROB 12C
(7/93)

Report Date: September 10, 2008

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 16 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Hambleton                     Case Number: 2:08CR06018-001

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮  Pasco, WA  99301

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 2/28/2006

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Identity Theft, 18 U.S.C. § 1028(a)(1)(3)(4)(7), (b)(1)(D)(3), and (f) | |
| Original Sentence: | Prison - 24 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James A. McDevitt | Date Supervision Commenced: 9/21/2007 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: 9/20/2010 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 4/18/2008.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: James Bruce Hambleton is considered in violation of his period of supervised release in the Eastern District of Washington by committing the offense of assault in the third degree on or prior to June 29, 2008. |
| | According to an incident report provided by the Benton County Sheriff's Office, officers were dispatched to the Benton County Jail after being advised of an assault between two inmates. It is alleged the defendant "blind sided" another inmate causing severe cuts above and below his right eye. Officers checked the defendant's hand and he had a laceration on his knuckle. The victim received multiple stitches at a local hospital to close the cuts. Further investigation revealed they had known each other in the past and the victim owed the defendant $5. The defendant has been charged with assault in the third degree in Benton County Superior Court under case number 08-1-00764-6. His next court date is scheduled for October 2, 2008. |

Prob12C
Re: Hambleton, James
September 10, 2008
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: *September 10, 2008*

*David L. McCary*
David L. McCary
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

*signature*

Signature of Judicial Officer

SEPT 16, 2008

Date