PROB 12C
(7/93)

Report Date: January 14, 2013

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 14 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Bruce Hambleton        Case Number: 2:08CR06018-001

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Pasco, WA  99301

Name of Sentencing Judicial Officer:  The Honorable James P. Hutton, U.S. Magistrate Judge

Date of Original Sentence:  2/28/2006

| | |
|---|---|
| Original Offense: | Conspiracy to Commit Identity Theft, 18 U.S.C. § 1028(a)(1)(3)(4)(7), (b)(1)(D)(3), and (f) |
| Original Sentence: | Prison - 24 Months; TSR - 36 Months |

Type of Supervision:  Supervised Release

| | |
|---|---|
| Asst. U.S. Attorney: | James A. McDevitt |
| Defense Attorney: | Roger Peven |

Date Supervision Commenced:  7/25/2012

Date Supervision Expires:  1/24/2015

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: James Hambleton is considered in violation of his supervised release in the Eastern District of Washington by committing the offenses of burglary and theft of a motor vehicle on or prior to January 12, 2013. |
| | On January 12, 2013, the defendant's wife called and advised the Pasco Police Department had arrested the defendant at his residence. She indicated officers told her the defendant had stolen his boss' vehicle and sold it. |
| | Phone contact was made with the Franklin County Jail and it was confirmed the defendant had been booked into the jail on charges of burglary and theft of a motor vehicle. The case number is PPD13-01490. |
| | Officer's reports have been requested from the Pasco Police Department. |

Prob12C
Re: Hambleton, James Bruce
January 14, 2013
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  01/14/2013

s/David L. McCary

David L. McCary
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[✓]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Wm. P. Hutton*
Signature of Judicial Officer

1/14/2013
Date